**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC., ET AL.**,<br><br>Plaintiffs,<br><br>v.<br><br>**BLUE CROSS BLUE SHIELD ASSOCIATION, ET AL.**,<br><br>Defendants. | Case No: 2:25-cv-03916 |

**ORDER**

**AND NOW**, this _____________ day of _______, 2025, upon consideration of Plaintiffs Harvard Medical Faculty Physicians at Beth Israel Deaconess Medical Center, Inc., *et al.*'s Motion for Admission Pro Hac Vice of Jon Corey, Esq. it is hereby **ORDERED** that the application of Jon Corey, Esq., to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) as counsel for Plaintiffs is **GRANTED**.

BY THE COURT

______________________________
THE HONORABLE JEFFREY L. SCHMEHL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC., ET AL.**,<br><br>Plaintiffs,<br><br>v.<br><br>**BLUE CROSS BLUE SHIELD ASSOCIATION, ET AL.**,<br><br>Defendants. | Case No: 2:25-cv-03916 |

**MOTION FOR ADMISSION PRO HAC VICE OF JON COREY, ESQ.**

The undersigned, Sean S. Zabaneh, a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania ("Movant") hereby moves for the admission of Jon Corey, Esq. to practice before this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), as counsel for Plaintiffs, Harvard Medical Faculty Physicians at Beth Israel Deaconess Medical Center, Inc., *et al.*, and in support states the following:

1. Jon Corey is a principal of McKool Smith, 1717 K Street, NW, Suite 1000, Washington, DC 20006; Telephone: 202-370-8300; Email: jcorey@mckoolsmith.com.

2. Mr. Corey is admitted to practice law in the following jurisdictions:

| **State Bar Admissions:** | **Admission Date** | **Bar No.** |
|---|---|---|
| California | 12/12/1996 | 185066 |
| Washington, D.C. | 02/04/2005 | 491311 |
| New York | 08/18/2009 | 4747614 |

| **Federal Bar Admissions:** | **Admission Date** | **Bar No.** |
|---|---|---|
| United States District Court for the Central District of California | 12/12/1996 | 185066 (CA) |
| United States District Court for the Northern District of California | 10/21/1999 | 185066 (CA) |
| United States District Court for the Southern District of California | 01/14/2001 | 185066 (CA) |
| United States District Court for the District of Columbia | 10/03/2011 | 491311 (DC) |
| United States Court of Appeals for the Federal Circuit | 08/09/2011 | |
| United States Court of Federal Claims | 02/21/2006 | |
| United States Court of Appeals, Fifth Circuit | 07/08/2024 | |
| United States Court of Appeals, Ninth Circuit | 07/17/2001 | |
| United States District Court for the Eastern District of Texas | 09/29/2023 | 185066 (CA) |

3. Mr. Corey is in good standing in all jurisdictions to which he is admitted.

4. Mr. Corey has never been suspended from the practice of law in any jurisdiction or received any public reprimand or sanction by the highest disciplinary authority of any bar in which he has been a member.

5. Mr. Corey's private and personal character is good.

6. Plaintiffs have retained Duane Morris LLP and McKool Smith, including McKool Smith principal Mr. Corey, as counsel in the above-captioned matter, because of their collective experience and expertise representing and counseling international, national, and regional business entities on all aspects of antitrust and competition law.

7. Duane Morris LLP has a sophisticated antitrust practice and represents national and international clients on the full range of antitrust matters, from counseling and compliance, to defending class actions and private litigation.

8. McKool Smith's antitrust practice is nationally recognized for both defending and prosecuting high-profile claims under federal and state antitrust laws.

9. Plaintiffs desire Mr. Corey, a principal of McKool Smith, to represent them in this matter.

10. Notably, Mr. Corey has extensive experience representing plaintiffs in the health care industry. Specifically, Mr. Corey represents plaintiffs in cases alleging violations of antitrust and unfair competition laws.

11. Mr. Corey's professional background and experiences makes him especially qualified to represent Plaintiffs in this matter.

12. The filing fee accompanying this application has been paid.

13. I declare under the penalty of perjury that the foregoing is true and correct.

14. WHEREFORE, Movant seeks the admission of Mr. Corey to practice before this Court in this case.

Dated: August 7, 2025

Respectfully submitted,

**DUANE MORRIS LLP**

/s/ *Sean S. Zabaneh*
Sean S. Zabaneh (201085)
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
(215) 979-1000
sszabaneh@duanemorris.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC., ET AL.**,<br><br>Plaintiffs,<br><br>v.<br><br>**BLUE CROSS BLUE SHIELD ASSOCIATION, ET AL.**,<br><br>Defendants. | Case No: 2:25-cv-03916 |

**CERTIFICATE OF SERVICE**

I, Sean S. Zabaneh, hereby certify that on August 7, 2025, the foregoing was filed with the U.S. District Court for the Eastern District of Pennsylvania and served upon counsel of record via the Court's CM/ECF system

Respectfully submitted,

**DUANE MORRIS LLP**

By: */s/ Sean S. Zabaneh*
Sean S. Zabaneh (201085)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
(215) 979-1000
sszabaneh@duanemorris.com