**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HARVARD MEDICAL FACULTY PHYSICIANS AT BETH ISRAEL DEACONESS MEDICAL CENTER, INC.., *et al.*, Plaintiffs, | : | |
| v. | : | Civil No. 2:25-cv-03916-JLS |
| BLUE CROSS BLUE SHIELD ASSOCIATION, *et al.*, Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of August, 2025, **IT IS HEREBY ORDERED THAT** the Motion of, Jon Corey, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒ Granted

☐ Denied

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to add Jon Corey, Esquire as counsel for Plaintiffs.

Counsel is **DIRECTED** to request ECF filing access using their PACER Account.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL
United States District Court Judge

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).