FILED
2026 Jul-06 AM 09:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

Harvard Medical Faculty Physicians at Beth Israel Deaconess Medical Center, Inc., et al.
*Plaintiff*
v.
Blue Cross Blue Shield Association, et al.
*Defendant*

Case No. 2:25-cv-01595-AMM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield and as BlueAdvantage Administrators of Arkansas .

Date: 07/06/2026

*/s/ Kimberly Klinsport*
*Attorney's signature*

Kimberly Klinsport (CA #259018)
*Printed name and bar number*

Foley & Lardner LLP
555 South Flower Street
Suite 3300
Los Angeles, CA 90071-2418
*Address*

kklinsport@foley.com
*E-mail address*

(213) 972-4741
*Telephone number*

(213) 486-0065
*FAX number*